IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

MICHELLE ADRIENNE LALIBERTE    :    CHAPTER 13
                               :
    Debtor.                    :    CASE NO.: 17-68951-WLH
                               :

**MOTION TO INCUR DEBT**

Comes now, MICHELLE ADRIENNE LALIBERTE, Debtor in the above styled Chapter 13 case, by and through undersigned counsel, and files this "Motion to Incur Debt" (the "Motion") showing to this Honorable Court the following:

1.

The Court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1334, 28 U.S.C. Section 151 et seq., and 11 U.S.C. Section 101 et seq.

2.

Venue is appropriate pursuant to 28 U.S.C. Section 1409.

3.

This matter is a core proceeding as defined in 28 U.S.C. Section 157.

4.

Debtor filed for relief in the above-styled Chapter 13 case on October 31, 2017 and Debtor's case Chapter 13 Plan was confirmed on March 14, 2018

5.

Debtor is seeking permission from the Court to allow her to incur new mortgage debt as Debtor would like to purchase a new residence (the "Property") and move out from her existing

rental residence.

6.

Debtor seeks to incur conventional mortgage debt of up to $255,000 for a term of up to 360 months and interest rate not to exceed 4.0% with amortized monthly payments not to exceed $1,400.00 per month in principal and interest. Debtor already has secured a loan commitment from LoanDepot.com that satisfies these conditions. The monthly loan payment will be less than Debtor's current rental payment, which will help her budget and be a benefit to the estate.

7.

Debtor will file an amended budget reflecting the new mortgage payment if this Motion is approved and the subsequent purchase is completed.

8.

The Debtor respectfully requests that she be allowed to incur the new mortgage debt for the purchase of the Property as specified above.

WHEREFORE Debtor prays:

(a) That this "Motion" be filed, read and considered;

(b) That the Debtor be allowed incur new mortgage debt to purchase a home; and

(c) That this Honorable Court grants such other and further relief as it may deem just and proper.

Dated this 12th day of August 2020

Respectfully Submitted,

_____/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.

Attorney for Debtor
3350 Riverwood Pkwy
Suite 2100
Atlanta, GA 30339

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

MICHELLE ADRIENNE LALIBERTE       :      CHAPTER 13
                                  :
         Debtor.                  :      CASE NO.: 17-68951-WLH
                                  :

NOTICE OF HEARING

**PLEASE TAKE NOTICE** that MICHELLE LALIBERTE as filed a MOTION TO INCUR DEBT (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in Courtroom 1403, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303 at **10:20 A.M. on September 16, 2020**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk Room 1340, U.S. Bankruptcy Court, 75 Ted Turner Drive, SW, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated this 12th day of August, 2020

Respectfully Submitted,

_____/s/_____
Howard Slomka, Esq.
GA Bar #652875
Attorney for Debtor
Slipakoff and Slomka, PC
3350 Riverwood Pkwy
Suite 2100
Atlanta, GA 30339
Tel. (404) 997-3732

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| MICHELLE ADRIENNE LALIBERTE | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO.: 17-68951-WLH |
| | : | |

CERTIFICATE OF SERVICE

This is to certify that I have this day served all interested parties and all creditors listed on the attached matrix in the foregoing matter with a copy of these pleadings by depositing in the United States Mail a copy of the same in a properly addressed envelope with certified postage thereon addressed as follows:

Nancy J. Whaley (served via ECF)
Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

Michelle Adrienne LaLiberte
1621 Akers Ridge Drive SE
Atlanta, GA 30339


SEE ATTACHED FOR ADDITIONAL CREDITORS

Dated this 12th day of August, 2020

                                                  Respectfully Submitted,

                                                  _____/s/_____
                                                  Howard Slomka
                                                  Georgia Bar # 652875
                                                  Slipakoff and Slomka, P.C.
                                                  Attorney for Debtor
                                                  3350 Riverwood Pkwy
                                                  Suite 2100
                                                  Atlanta, GA 30339

```
Label Matrix for local noticing          AT&T Corp                                Acs/dept Of Ed
113E-1                                   % AT&T Services, Inc                     C/o Acs
Case 17-68951-wlh                        Karen Cavagnaro, Esq.                    Utica, NY 13501
Northern District of Georgia             One AT&T Way, Room 3A104
Atlanta                                  Bedminster, NJ 07921-2693
Wed Aug 12 10:52:53 EDT 2020

Alliance One                             Allianceone Recvbles M                   Bridgecrest Credit
4850 E Street Rd Ste 300                 4850 E Street Rd Ste 300                 7300 E Hampton Ave
Trevose, PA 19053-6643                   Trevose, PA 19053-6643                   Mesa, AZ 85209-3324


Bridgecrest Credit Company,LLC           (p)CAPITAL ONE                           Convergent Outsourcing
PO BOX 29018                             PO BOX 30285                             800 Sw 39th St
PHOENIX, AZ 85038-9018                   SALT LAKE CITY UT 84130-0285             Renton, WA 98057-4927


Diversified Consultant                   Edfinancial Services L                   Edfinancial on behalf of US Dept. of Educat:
P O Box 551268                           120 N Seven Oaks Dr                      120 N. Seven Oaks Dr.
Jacksonville, FL 32255-1268              Knoxville, TN 37922-2359                 Knoxville, TN 37922-2359


Educational Credit Management Corporation   Gable Residential Services, In        Gables Residential Services,
P.O. Box 16408                              100 Akers Ridge Drive                 Inc. D/B/A Gables Mills Apts
Saint Paul, MN 55116-0408                   Atlanta, GA 30339-3209                100 Akers Ridge Drive
                                                                                  Atlanta, GA 30339-3209


(p)GEORGIA DEPARTMENT OF REVENUE         Innovative Recovery In                   Internal Revenue Service
COMPLIANCE DIVISION                      4230 Lbj Fwy Ste 407                     PO Box 7346
ARCS BANKRUPTCY                          Dallas, TX 75244-5882                    Philadelphia, PA 19101-7346
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202


(p)JEFFERSON CAPITAL SYSTEMS LLC         Justin D. Kreindel                       Justin D. Kreindel
PO BOX 7999                              Fowler, Hein, Cheatwood & Williams,      Fowler Hein Cheatwood & Williams, PA
SAINT CLOUD MN 56302-7999                2970 Clairmont Rd.                       Suite 220
                                         Ste. 220                                 2970 Clairmont Road
                                         Atlanta, GA 30329-4414                   Atlanta, GA 30329-4414


LVNV Funding, LLC                        Michelle Adrienne LaLiberte              Lvnv Funding Llc
c/o Resurgent Capital Services, LP       1621 Akers Ridge Drive SE                C/o Resurgent Capital Services
PO BOX 10675                             Atlanta, GA 30339-3264                   Greenville, SC 29602
Greenville, SC 29603-0675


MERRICK BANK                             Pinnacle Credit Services, LLC its successors   (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Resurgent Capital Services               assigns as assignee of Cellco                  PO BOX 41067
PO Box 10368                             Partnership d/b/a Verizon Wireless              NORFOLK VA 23541-1067
Greenville, SC 29603-0368                Resurgent Capital Services
                                         PO Box 10587
                                         Greenville, SC 29603-0587


Howard P. Slomka                         T Mobile/T-Mobile USA Inc                U S Dept Of Ed/Gsl/Atl
Slipakoff & Slomka, PC                   by American InfoSource LP as agent       Po Box 4222
Suite 2100                               4515 N Santa Fe Ave.                     Iowa City, IA 52244
3350 Riverwood Parkway                   Oklahoma City, OK 73118-7901
Atlanta, GA 30339-3363
```

| | | |
|---|---|---|
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 | (p)VERITAS INSTRUMENT RENTAL INC<br>PO BOX 950<br>PINELLAS PARK FL 33780-0950 | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 |