IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| MICHELLE ADRIENNE LALIBERTE | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO.: 17-68951-WLH |
| | : | |

**MOTION FOR EXPEDITED HEARING ON MOTION TO INCUR DEBT**

COMES NOW Debtor, MICHELLE ADRIENNE LALIBERTE, in the above-styled case by and through undersigned Counsel and moves this Honorable Court for an Order shortening the time for the hearing on the Motion to Incur Debt ( the "Motion") (Doc. No. 47). As grounds for this Motion, the Debtor respectfully shows the Court the following:

1.

Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on October 31, 2017 and Debtor's Chapter 13 Plan was confirmed by this Court on March 14, 2018.

2.

As stated in the Motion, Debtor seeks permission from the Court to incur mortgage debt so as to acquire a residence.  Debtor is under contract with a disinterested Seller for a closing scheduled for August 18, 2020, and has a loan commitment that complies with the terms of the Motion

3.

The projected monthly payment on the mortgage after the closing will be $1,132.70, which is less than Debtor now pays for her monthly rent.  This Court has

scheduled the hearing on the Motion for September 16, 2020. The parties will all benefit from a prompt, expedited ruling from the Court to allow the new debt and purchase of the new home for Debtor.

4.

The Debtor respectfully requests an expedited hearing on the Motion to Incur Debt so that she may move forward with the closing on the home and incur the mortgage.

WHEREFORE, Debtors pray:
(a) That this Honorable Court will consider this Motion;
(b) That this Honorable Court will grant the Debtor's request and set an expedited hearing on Motion; and
(c) That this Honorable Court grant such other and further relief as it deems just and proper.

Respectfully submitted this 12th day of August, 2020

/s/_____
Howard Slomka
Attorney for Debtors
Georgia Bar No. 652875
Slipakoff & Slomka, PC
3350 Riverwood Parkway
Suite 2100
Atlanta, GA 30339
HS@BSMS.law
(404) 800-4001

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

| | | |
|---|---|---|
| MICHELLE ADRIENNE LALIBERTE | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO.: 17-68951-WLH |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Motion For Expedited Hearing On Debtor's Motion to Incur Debt upon the following by ECF.

Nancy J. Whaley (served via ECF)
Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

Michelle Adrienne LaLiberte
1621 Akers Ridge Drive SE
Atlanta, GA 30339

SEE ATTACHED FOR ADDITIONAL CREDITORS

Dated this 12th day of August, 2020

                                                                                                                                                             Respectfully Submitted,

                                                                                                                                                            /s/
                                                                                                                     Howard Slomka
                                                                                                                      Georgia Bar # 652875
                                                                                                                      Slipakoff and Slomka, P.C.
                                                                                                                      Attorney for Debtor
                                                                                                                      3350 Riverwood Pkwy
                                                                                                                      Suite 2100
                                                                                                                      Atlanta, GA 30339

```
Label Matrix for local noticing         AT&T Corp                              Acs/dept Of Ed
113E-1                                  % AT&T Services, Inc                   C/o Acs
Case 17-68951-wlh                       Karen Cavagnaro, Esq.                  Utica, NY 13501
Northern District of Georgia            One AT&T Way, Room 3A104
Atlanta                                 Bedminster, NJ 07921-2693
Wed Aug 12 10:52:53 EDT 2020

Alliance One                            Allianceone Recvbles M                 Bridgecrest Credit
4850 E Street Rd Ste 300                4850 E Street Rd Ste 300               7300 E Hampton Ave
Trevose, PA 19053-6643                  Trevose, PA 19053-6643                 Mesa, AZ 85209-3324


Bridgecrest Credit Company,LLC          (p)CAPITAL ONE                         Convergent Outsourcing
PO BOX 29018                            PO BOX 30285                           800 Sw 39th St
PHOENIX, AZ 85038-9018                  SALT LAKE CITY UT 84130-0285           Renton, WA 98057-4927


Diversified Consultant                  Edfinancial Services L                 Edfinancial on behalf of US Dept. of Educat
P O Box 551268                          120 N Seven Oaks Dr                    120 N. Seven Oaks Dr.
Jacksonville, FL 32255-1268             Knoxville, TN 37922-2359               Knoxville, TN 37922-2359


Educational Credit Management Corporation   Gable Residential Services, In    Gables Residential Services,
P.O. Box 16408                              100 Akers Ridge Drive              Inc. D/B/A Gables Mills Apts
Saint Paul, MN 55116-0408                   Atlanta, GA 30339-3209             100 Akers Ridge Drive
                                                                               Atlanta, GA 30339-3209


(p)GEORGIA DEPARTMENT OF REVENUE        Innovative Recovery In                 Internal Revenue Service
COMPLIANCE DIVISION                     4230 Lbj Fwy Ste 407                   PO Box 7346
ARCS BANKRUPTCY                         Dallas, TX 75244-5882                  Philadelphia, PA 19101-7346
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202


(p)JEFFERSON CAPITAL SYSTEMS LLC        Justin D. Kreindel                     Justin D. Kreindel
PO BOX 7999                             Fowler, Hein, Cheatwood & Williams,    Fowler Hein Cheatwood & Williams, PA
SAINT CLOUD MN 56302-7999               2970 Clairmont Rd.                     Suite 220
                                        Ste. 220                               2970 Clairmont Road
                                        Atlanta, GA 30329-4414                 Atlanta, GA 30329-4414


LVNV Funding, LLC                       Michelle Adrienne LaLiberte            Lvnv Funding Llc
c/o Resurgent Capital Services, LP      1621 Akers Ridge Drive SE              C/o Resurgent Capital Services
PO BOX 10675                            Atlanta, GA 30339-3264                 Greenville, SC 29602
Greenville, SC 29603-0675


MERRICK BANK                            Pinnacle Credit Services, LLC its successors   (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Resurgent Capital Services              assigns as assignee of Cellco                  PO BOX 41067
PO Box 10368                            Partnership d/b/a Verizon Wireless             NORFOLK VA 23541-1067
Greenville, SC 29603-0368               Resurgent Capital Services
                                        PO Box 10587
                                        Greenville, SC 29603-0587


Howard P. Slomka                        T Mobile/T-Mobile USA Inc              U S Dept Of Ed/Gsl/Atl
Slipakoff & Slomka, PC                  by American InfoSource LP as agent     Po Box 4222
Suite 2100                              4515 N Santa Fe Ave.                   Iowa City, IA 52244
3350 Riverwood Parkway                  Oklahoma City, OK 73118-7901
Atlanta, GA 30339-3363
```

| | | |
|---|---|---|
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 | (p)VERITAS INSTRUMENT RENTAL INC<br>PO BOX 950<br>PINELLAS PARK FL 33780-0950 | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 |