**IT IS ORDERED as set forth below:**



**Date: August 13, 2020**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

MICHELLE ADRIENNE LALIBERTE　　:　　CHAPTER 13
　　　　　　　　　　　　　　　　　　　:
　　　　　Debtor.　　　　　　　　　　　:　　CASE NO.: 17-68951-WLH
　　　　　　　　　　　　　　　　　　　:

## ORDER AND NOTICE OF EXPEDITED HEARING

On August 12, 2020 Debtor filed a Motion for Expedited Hearing (Doc. No. 48), seeking an emergency hearing on Debtor's Motion to Incur Debt (Doc. No. 47). For good cause shown, it is hereby

ORDERED that Debtor's Motion for Expedited Hearing is ***GRANTED***. A hearing on Debtor's Motion to Incur Debt will be held on:

**August 17, 2020, at 10:00 a.m. in Courtroom 1403, at 75 Ted Turner SW, Atlanta, GA 30303** UNLESS OTHERWISE NOTIFIED, this hearing shall be telephonic only, accessed by dialing 1-888-675-2535, and entering code 9297013 at the above-reference time.

Debtor's counsel is directed to serve this Order and Notice by e-mail, facsimile, or overnight mail on the Chapter 13 Trustee and all creditors and shall file a certificate evidencing such service prior to the hearing.

Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

[END OF DOCUMENT]

Prepared by:

  /s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
3350 Riverwood Pkwy, Suite 201
Atlanta, GA 30339

DISTRIBUTION:
Howard Slomka
Slipakoff and Slomka, P.C.
Attorney for Debtor
3350 Riverwood Pkwy, Suite 201
Atlanta, GA 30339