**IT IS ORDERED as set forth below:**



**Date: August 17, 2020**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| MICHELLE ADRIENNE LALIBERTE | : | CHAPTER 13 |
| Debtor. | : | CASE NO.: 17-68951-WLH |
| | : | |

### ORDER GRANTING DEBTOR'S
### MOTION TO INCUR DEBT

Debtor MICHELLE ADRIENNE LALIBERTE, Debtor in the above styled Chapter 13 case, by and through undersigned counsel, filed her Motion to Incur Debt (the "Motion") (Doc. No. 47). The Court agreed to hear the Motion on August 17, 2020, on an expedited basis, and the matter was called on the 10:00 calendar.

Movant was represented by Howard P. Slomka, Esq., and Trustee counsel Ryan Williams, Esq. had previously contacted chambers to confirm that Chapter 13 Trustee Nancy Whaley had no

opposition to the Motion. All parties in interest have been served, on an expedited basis via fax and email, and none appeared or filed any opposition to the Motion. The Court finds that the Motion is in the best interest of the Debtor and all parties and that the loan is at fair and reasonable rates. Accordingly,

    IT IS ORDERED that the Motion is GRANTED.


Prepared by:

Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
3350 Riverwood Pkwy
Suite 2100
Atlanta, GA 30339

Distribution List:

Nancy J. Whaley
Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

Michelle Adrienne LaLiberte
1621 Akers Ridge Drive SE
Atlanta, GA 30339

Howard Slomka
Slipakoff and Slomka, P.C.
3350 Riverwood Pkwy
Suite 2100
Atlanta, GA 30339